**Order issued March 9, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-20-00287-CV**

_____

**CITY OF PASADENA, JEFF WAGNER, AND ROBIN GREEN, Appellants**

**V.**

**APTVV, LLC AND APTPCY, LLC, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-25740**

---

## ORDER

Supplemental briefing by the parties is required prior to the Court's determination of the issues raised in this appeal. Accordingly, the parties are ordered to file supplemental briefs that address the following two topics:

1.     With citations to legal authority, analysis of whether the (a) *Nivens v. City of League City*, 245 S.W.3d 470 (Tex. App.—Houston [1st Dist.] 2007, pet.

denied), and *Anheuser-Busch, L.L.C. v. Harris Cty. Tax Assessor-Collector*, 516 S.W.3d 1 (Tex. App.—Houston [1st Dist.] 2016, pet denied), cases can be reconciled with the (b) *Bland Ind. Sch. Dist.*, 34 S.W.3d 547 (Tex. 2000), and *Perez v. Turner*, — S.W.3d —, No. 01-16-00985-CV, 2019 WL 5243107 (Tex. App.—Houston [1st Dist.] Oct. 17. 2019, pet. filed) (op. on reh'g), cases and, if not, why one set of cases controls as to the jurisdictional issue raised in this appeal.

2.      With citations to legal authority, analysis of the duress requirement discussed in *Nivens* and *Anheuser-Busch*, which cites to *Miga v. Jensen*, 96 S.W.3d 207, 211, 224–45 (Tex. 2002) (majority and dissenting opinions). This includes the types of duress that qualify and the severity of duress that must be shown.

Appellants' supplemental brief and Appellees' supplemental brief are due no later than **March 29, 2021**. Both briefs are limited to no more than **4,500** words.

It is so **ORDERED**.


Judge's signature: _/s/ Sarah Beth Landau___ _____
                            Acting Individually